

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00284-CV

———————————————

IN RE L.M., Relator

———

Original Proceeding
233rd District Court of Tarrant County, Texas
Trial Court No. 233-651265-18

———

Before Walker, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's corrected petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator's corrected petition for writ of mandamus is denied.

Per Curiam

Delivered:  September 16, 2021